## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JOYCE R. LINIS-MOREL, on behalf of herself
and those similarly situated,

      Plaintiff,

v.                                        Case No.:  22-cv-1242

ASSETCARE, LLC, CF MEDICAL, LLC,
and JOHN DOES 1 to 10,

      Defendants.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendants, Assetcare, LLC ("Assetcare") and CF Medical, LLC ("CFMed") (collectively, "Defendants"), through undersigned counsel, hereby removes the above-captioned civil action from the Superior Court of New Jersey, Essex County, to the United States District Court for the District of New Jersey.  The removal of this civil case is proper because:

1.      Assetcare and CFMed are named defendants in this civil action filed by plaintiff, Joyce R. Linis-Morel, ("plaintiff"), in the Superior Court of New Jersey, Essex County, titled *Joyce R. Linis-Morel v. Assetcare, LLC and CF Medical, LLC and John Does 1 to 10,* Case No. EXS-L-705-22 (hereinafter the "State Court Action").

2.      Defendants remove this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.  A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit A.**

3.      Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal.  Assetcare and CFMed were served with plaintiff's complaint on February 9, 2022.  This Notice of Removal is filed within 30 days of receipt of the complaint.

4.      The time within which Defendants are required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired.  This Notice of Removal is timely, having been filed within 30 days of the date on which Defendants were served with a copy of the Summons and Complaint.  *See* 28 U.S.C. § 1446.

5.      The Superior Court of New Jersey, Essex County is located within the United States District Court for the District of New Jersey.  Therefore, venue for purposes of removal is proper because the United States District Court of New Jersey embraces the place in which the removed action was pending.  *See* 28 U.S.C. § 1441(a).

6.      Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of New Jersey, Essex County, State of New Jersey.  *See* **Exhibit B** attached hereto.

7.      Written notice of this Notice of Removal of this action is being caused to be served on all counsel and parties of record, including Plaintiff through her counsel.

WHEREFORE, defendants, Assetcare, LLC and CF Medical, LLC, hereby remove to this Court the State Court Action.

Dated: March 7, 2022                              Respectfully Submitted,

                                                 */s/ Aaron R. Easley*
                                                 Aaron R. Easley, Esq.
                                                 SESSIONS, ISRAEL & SHARTLE, L.L.C.
                                                 3 Cross Creek Drive
                                                 Flemington, NJ 08822

Telephone: (908) 237-1660
Facsimile: (877) 334-0661
aeasley@sessions.legal
*Counsel for Defendants,*
*Assetcare, LLC and CF Medical, LLC*


**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2022, a copy of the foregoing *Notice of Removal*

was electronically filed with the Clerk of the Court, United States District Court for the

District of New Jersey, and served via CM/ECF and E-mail upon the following:

Yongmoon Kim
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Telephone/Fax: (201) 273-7117
Email: ykim@kimlf.com
*Attorney for Plaintiff*

/s/ *Aaron R. Easley*
Aaron R. Easley, Esq.